428 A.2d 260

Novelty Knitting Mills, Inc., Appellant v. Siskind.

Reargument Denied Feb. 10, 1981.

Petition for Allowance of Appeal Granted Aug. 3, 1981.

Argued March 21, 1979. David Berger, for appellant; Leonard Dubin, for appellees.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Order affirmed.

428 A.2d 260

Penn Line Service Inc. v. I. S. C. Inc., Appellant.

Argued November 15, 1979. W. J. Helzlsouer, for appellant; Joseph J. Bernstein, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.